UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

**TRUDY ERDMAN, on her own behalf
and on behalf of those similarly
situated,**

    **Plaintiffs,**

                              CASE NO.: 2:20-CV-1366

vs.

**HQ RESOURCES, INC.,**

    **Defendant.                              /**

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT

THIS CAUSE having come before the Court on the Plaintiff's Motion for Entry of Default for Final Judgment, [D.E. 17]; and the Court, having reviewed the Motion and supporting exhibits, and otherwise being fully advised of the premises determines there is good cause for granting said motion.

Therefore, it is **ORDERED** as follows:

1.    Plaintiff's Motion for Entry of Default Final Judgment is hereby GRANTED.

2.    The Clerk is directed to enter Judgment providing that:

1

    a.    Defendant is liable to Plaintiff, Trudy Erdman, for actual damages of $850.00 and liquidated damages of $850.00, making a total of $1,700.00.

    b.    Defendant is liable to Plaintiff, Trudy Erdman, for attorneys' fees in the amount of $3,382.50, and costs in the amount of $468.00.

    c.    That all of the foregoing sums accrue interest at the statutory rate.

    d.    That execution issue.

3.    The Clerk is directed to CLOSE the file.

**DONE AND ORDERED** in chambers in Pittsburgh, Pennsylvania, on this __26th__ day of __May__, 2021.

/s/ W. Scott Hardy
HON. W. SCOTT HARDY
UNITED STATES DISTRICT JUDGE

Copies provided to:

All Counsel of Record